1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2  DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JEFFREY SHIH (CABN 296945)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7168
       Email: jeffrey.shih@usdoj.gov

7  Attorneys for the United States of America

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11
12  UNITED STATES OF AMERICA,            ) CASE NO. 4:15-CR-581-JST
                                         )
13              Plaintiff,               ) STIPULATION AND
                                         ) [PROPOSED] PROTECTIVE ORDER
14         v.                            )
                                         )
15  KIANA SCOTT CLARK,                   )
                                         )
16              Defendant.               )
                                         )

17         Pursuant to Federal Rule of Criminal Procedure 16(d), the United States and the defendant,

18  through their respective undersigned counsel, hereby stipulate and agree that the Court should enter this

19  proposed Protective Order requiring that the following restrictions shall apply to the discovery that the

20  United States produces and designates as "Protected Material":

21         1.      The Indictment charges the defendant with using her position as a Transportation

22  Security Officer ("TSO") for the Transportation Security Administration ("TSA") at the Oakland

23  International Airport ("OAK Airport") in conspiracies to obstruct TSA's security functions in the

24  screening of carry-on baggage and to smuggle controlled substances into and through the OAK Airport

25  for delivery throughout the United States.  As such, the discovery in this case may relate to the TSA, the

STIPULATION RE PROTECTIVE ORDER            1

1  defendant's employment as a TSO, and the OAK Airport and may include information that the TSA has

2  designated as Sensitive Security Information ("SSI"), of which the TSA has the authority to prohibit and

3  to regulate disclosure if the TSA determines that disclosure of such information would be detrimental to

4  the security of transportation.  See 49 U.S.C. § 40119(b)(1)(C) and 49 C.F.R. Part 1520.  The need to

5  protect SSI stems primarily from the extent to which that information, if compromised, would reveal a

6  systemic vulnerability in the aviation system or aviation facilities to attack.  Similarly, the United States

7  may produce discovery in this case affecting the privacy of third-parties.  Cf. 49 U.S.C.

8  § 40119(b)(1)(A) and 49 C.F.R. Part 1520 (prohibiting and regulating disclosure of information that

9  could constitute invasion of personal privacy).

10       2.    Therefore, the United States may designate a subset of the discovery produced in this

11  case as Protected Material (e.g., Bates-stamped "PROTECTED MATERIAL").  Any Protected Material

12  so designated by the United States shall be subject to the terms of this Stipulation and Protective Order.

13       3.    The following individuals (the "Defense Team") may access and examine the Protected

14  Material under the conditions set forth herein for the sole purpose of preparing the defense and for no

15  other purpose:    a.    counsel for the defendant;

16                    b.    the defendant;

17                    c.    persons employed by defense counsel who are assisting with the
                             preparation of the defense;

18

19                    d.    any expert retained on behalf of the defendant to assist in the defense of
                             this matter; and

20                    e.    any investigator retained on behalf of the defendant to assist in the defense
                             of this matter.

21
Counsel for the defendant shall advise the individuals on the Defense Team of the requirements and the
22
restrictions in this Stipulation and Protective Order, as well as the Court's entry of the Protective Order.
23
         4.    The Defense Team shall not permit other persons access of any kind to the Protected
24
Material and shall not share or give copies to other persons.  Additionally, the Defense Team will
25

STIPULATION RE PROTECTIVE ORDER              2

maintain the Protected Material in a secure location (e.g., locked drawer, cabinet, or safe) or secure electronic device (e.g., password-protected computer, memory stick).  Further, the Defense Team will maintain a copy of this Stipulation and Protective Order with the Protected Material at all times.

      5.      Neither the United States nor the defendant shall publicly offer, file, or lodge any Protected Material unless it is done (a) under seal, (b) with the concurrence of the party that originally produced the Protected Material, or (c) pursuant to further Court order.

      6.      This Stipulation and Protective Order shall remain in effect until the Defense Team returns the Protected Material (and any copies) to the United States.  The Defense Team shall return the Protected Material (and any copies) to the United States within 30 days of the entry of judgment on all charges, unless a direct appeal is filed, in which case the Defense Team shall complete the return to the United States within 30 days of the date when the direct appeal is finally determined.

      7.      The parties shall meet and confer regarding any disputes arising under this Stipulation and Protective Order.  The parties in this case have negotiated this Stipulation and Protective Order, which does not constitute a concession or waiver by either party regarding discovery procedures generally in this case or in any other or future case.

IT IS SO STIPULATED.

DATED: December ___, 2015        _____
                     CHARLES J.S. WOODSON
                     Counsel for Kiana Scott Clark

                     BRIAN J. STRETCH
                     Acting United States Attorney

DATED: December ___, 2015        _____
                       JEFFREY SHIH
                     Assistant United States Attorney

|   |   |
|---|---|
| 1 | **[PROPOSED] PROTECTIVE ORDER** |

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted pursuant to the stipulation of the parties.

Dated: December 23, 2015                    _____
                                            HONORABLE JON S. TIGAR
                                            UNITED STATES DISTRICT JUDGE