1   BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2   DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6        Telephone: (415) 436-7168
Email: jeffrey.shih@usdoj.gov

7   Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12   UNITED STATES OF AMERICA,            ) CASE NO. 4:15-CR-581-JST
                                          )
13                    Plaintiff,          ) STIPULATION AND
                                          ) [PROPOSED] ORDER CHANGING DATE FOR
13       v.                               ) STATUS CONFERENCE AND EXCLUDING
                                          ) TIME
14   KIANA SCOTT CLARK,                   )
                                          )
15                    Defendant.          )
                                          )
16   _____     )

17         This matter is currently set for the initial status conference on January 22, 2016.  The Indictment

18   charges the defendant with using her position as a Transportation Security Officer for the Transportation

19   Security Administration ("TSA") at the Oakland International Airport ("OAK Airport") in conspiracies

20   to obstruct TSA's security functions in the screening of carry-on baggage and to smuggle controlled

21   substances into and through the OAK Airport for delivery throughout the United States.  The defendant

22   made her initial appearance on December 17, 2015, and was released on bond December 18, 2015.

23         The parties respectfully request that the initial status conference be moved to March 18, 2016.

24   The United States has thus far produced more than 3,900 pages of discovery.  Additionally, the parties

25   have agreed to a protective order for a subset of the discovery, conferred to discuss how discovery is

STIPULATION & ORDER RE: STATUS CONFERENCE    1

1   ongoing, and conferred to determine whether a pre-trial resolution is possible.  The parties stipulate that

2   additional time is needed for ongoing discovery, effective preparation, and conferring to determine

3   whether a pre-trial resolution is possible.  Therefore, the parties respectfully request the resetting of

4   initial status conference to March 18, 2016.

5   The parties also request that time be excluded under the Speedy Trial Act between January 22,

6   2016, the date of the originally scheduled initial status conference, and March 18, 2016, as the ends of

7   justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial

8   because such an exclusion provides defense counsel reasonable time for effective preparation, taking

9   into account due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

10

11  IT IS SO STIPULATED.

12

13  DATED: January 12,  2016                          /s/ Charles Woodson
                                                     CHARLES J.S. WOODSON
14                                                   Counsel for Kiana Scott Clark

15

16

17                                                   BRIAN J. STRETCH
                                                     Acting United States Attorney
18

19  DATED: January 12,  2016                          /s/ Jeffrey Shih
                                                     JEFFREY SHIH
20                                                   Assistant United States Attorney

21

22

23

24

25

STIPULATION & ORDER RE: STATUS CONFERENCE    2

1

2

**[PROPOSED] ORDER**
**CHANGING DATE FOR STATUS CONFERENCE AND EXCLUDING TIME**

3     Based on the stipulation of the parties and on good cause shown, the Court orders that:

4     (1) the initial status conference, currently scheduled on January 22, 2016, is hereby moved to

5         March 18, 2016; and

6     (2) time is hereby excluded under the Speedy Trial Act between January 22, 2016, the date of the

7         originally scheduled initial status conference, and March 18, 2016, as the ends of justice from

8         such an exclusion outweigh the best interest of the public and the defendant in a speedy trial

9         because such an exclusion provides defense counsel reasonable time for effective

10        preparation, taking into account due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

11        (h)(7)(B)(iv).

12

13    IT IS SO ORDERED.

14

15    Dated: January 12, 2016                    _____

16                                               HONORABLE JON S. TIGAR
                                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25