BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7168; jeffrey.shih@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 4:15-CR-581-JST |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [PROPOSED] ORDER CHANGING DATE FOR |
| | ) SENTENCING HEARING |
| KIANA SCOTT CLARK, | ) |
| Defendant. | ) |

1.    This matter is currently set for a Sentencing Hearing on October 28, 2016. For the following reasons, the parties respectfully request that the Sentencing Hearing be moved to December 9, 2016.

2.    As indicated in the Presentence Investigation Report ("PSR") that was issued on October 14, 2016, the amount of drugs that is attributable to the defendant for purposes of sentencing remains unresolved. PSR (Docket No. 24), at Addendum ¶¶ 2-4.

3.    The parties agree that additional time is necessary for the parties to confer about this unresolved issue and for the effective preparation of counsel. Therefore, the parties respectfully request that the Sentencing Hearing be moved to December 9, 2016.

STIPULATION & ORDER RE: SENTENCING                                           1

4. The parties have conferred with Probation Officer Charles Mabie about the continuance, and Officer Mabie is also available on December 9, 2016.

IT IS SO STIPULATED.

DATED: October 18, 2016      /s/ Charles Woodson
                             CHARLES J.S. WOODSON
                             Counsel for Kiana Scott Clark


                             BRIAN J. STRETCH
                             United States Attorney

DATED: October 18, 2016      /s/ Jeffrey Shih
                             JEFFREY SHIH
                             Assistant United States Attorney

**[PROPOSED] ORDER CHANGING DATE FOR SENTENCING HEARING**

Based on the stipulation of the parties and on good cause shown, the Court orders that the Sentencing Hearing, currently scheduled on October 28, 2016, is hereby vacated and rescheduled to December 9, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 18, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE